IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACQUES HIBBERT,

    Plaintiff,

v.                                  CASE NO. 4:14cv43-RH/CAS

ORGANON USA, INC., etc.,
et al.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The parties' joint motion to stay further proceedings, ECF No. 9, is GRANTED. Further proceedings are stayed, and all deadlines that have not passed are tolled, until the earlier of (1) entry of an order transferring this case to the Judicial Panel on Multidistrict Litigation or (2) 14 days after entry of an order denying transfer. If the case is transferred, then without the entry of any further order, the Initial Scheduling Order, ECF No. 8, will be vacated and of no further effect.

    SO ORDERED on March 5, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge